AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JORGE RODRIGUEZ<br>DOB: 11/20/1967<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  01/30/2012 through 02/01/2012  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | knowingly transported or shipped using any means or facility of interstate commerce or in or affecting interstate commerce by any means, including by computer or mails, any visual depiction, for which the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

JENNY CUTALO-PATTERSON, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/17/2012

*Judge's signature*

City and state:    Washington, D.C.    Alan Kay, Magistrate Judge
*Printed name and title*