AO 245B   (Rev 09/11) Judgment in a Criminal Case
          Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** ~~FILED~~ |
| v. | ) | |
| JORGE RODRIGUEZ | ) | Case Number:  12CR74      **MAY 1 4 2013** |
| | ) | USM Number: 16962-111   Clerk, U.S. District & Bankruptcy |
| | ) | Courts for the District of Columbia |
| | ) | Carlos Vanegas |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1 of the Indictment on November 16, 2012

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2252(a)(1) and | Transportation of Child Pornography | Occurred between | 1 |
| (b)(1) | | January 30, 2012 | |
| | | & February 1, 2012 | |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                    ☐ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 23, 2013
Date of Imposition of Judgment

Signature of Judge

Reggie B. Walton                    U.S. District Court Judge
Name and Title of Judge

May 14, 2013
Date

AO 245B    (Rev. 09/11) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:  JORGE RODRIGUEZ
CASE NUMBER:  12CR74

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

ONE HUNDRED AND TWENTY-FIVE (125) months as to Count 1.

☑  The court makes the following recommendations to the Bureau of Prisons:

That the defendant be permitted to participate in the 500 hour drug treatment program while serving his prison term.
That the defendant be permitted to participate in the Bureau of Prisons sex offender treatment program while serving his prison term.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____  ☐ a.m.  ☐ p.m.   on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL.

AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 2A — Imprisonment

Judgment—Page    3    of    7

DEFENDANT:  JORGE RODRIGUEZ
CASE NUMBER:  12CR74

## ADDITIONAL IMPRISONMENT TERMS

That the defendant be permitted to serve his sentence at FCI Lompoc or FCI Terminal Island in California so he can maintain contact with his family, if either facility can provide the recommended treatment programs.

AO 245B    (Rev  09/11) Judgment in a Criminal Case
Sheet 3 -- Supervised Release

| | | Judgment—Page | 4 | of | 7 |

DEFENDANT:  JORGE RODRIGUEZ
CASE NUMBER:  12CR74

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

FIFTEEN (15) years as to Count 1.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable)*

☐    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑    The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable)*

☑    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐    The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 3C — Supervised Release

Judgment—Page __5__ of __7__

DEFENDANT:  JORGE RODRIGUEZ
CASE NUMBER:  12CR74

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be assessed for substance abuse treatment, and if found necessary, the defendant must participate in and successfully complete, a residential and/or outpatient drug treatment program, which may include routine drug testing, as directed by the Probation Office.

The defendant shall comply with the Sex Offender Registration requirements for convicted sex offenders in any state or jurisdiction where he resides, is employed, or is a student for a period of twenty-five (25) years. In addition, the defendant must carry with him proof of his sex offender registration, if a registration certificate has been provided to him, whenever he is on travel outside the jurisdiction where he is registered.

The defendant shall not possess or use a computer, or have access to any online service, without the prior approval of the U.S. Probation Office.  He shall identify all computer systems, internet capable devices, and similar memory and electronic devices to which he has access, and allow installation of a computer and internet monitoring program.  He is limited to possessing only one personal internet capable device, to facilitate the ability to effectively monitor his internet related activities.  He shall be responsible for the cost of such monitoring services.

The defendant can not use a computer, internet capable device, or similar electronic devices to access pornography of any kind.

The defendant shall have no direct contact with minors (under the age of 18) without written approval of the Probation Office and shall refrain from being in the vicinity of any area where children frequently congregate.

The defendant shall not be employed or volunteer in any capacity that may cause him to come in direct contact with children (under the age of 18), except under circumstances approved in advance by the Probation Office.

The defendant shall disclose all computer online account information, including user names and passwords, and shall provide the Probation Office with access to any requested financial information for purposes of monitoring compliance with the imposed computer access/monitoring conditions.

Pursuant to the Adam Walsch Child Protection and Safety Act of 2006, the defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer who have reasonable suspicion that he is engaged in unlawful conduct or a violation of a condition of his supervision.

The defendant shall be assessed for sex offender treatment, and if found necessary, the defendant must participate in a treatment program that may include physiological testing such as polygraph to assist in planning, case monitoring, and supervision, as directed by the Probation Office.

The defendant shall submit to penile plethysmograph testing as part of his sexual offender therapeutic treatment. He must pay the cost for such testing, as directed by the Probation Office.

The defendant shall not be employed in any position in which he has access to prescription drugs, unless approved by the Probation Office.

The defendant shall not have any contact with the victim identified as "Vicky" under any circumstances.

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court.  These agencies shall return the presentence report to the Probation Office upon completion and termination of the treatment involved.

The Courts finds the defendant does not have the ability to pay a fine or the costs of his incarceration and community supervision.

AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 6 | of | 7 |

DEFENDANT:  JORGE RODRIGUEZ
CASE NUMBER:  12CR74

## CRIMINAL MONETARY PENALTIES

.    The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 2,345.21 |

☐   The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Attorney Trust Account for "Vicky" | | $2,345.21 | |
| 2722 Eastlake Avenue E., | | | |
| Suite 200 | | | |
| Seattle, WA  98102 | | | |

| **TOTALS** | $ | 0.00 | $ | 2,345.21 |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☑   the interest requirement is waived for the    ☐   fine   ☑   restitution.

    ☐   the interest requirement for the    ☐   fine   ☐   restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev 09/11) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT:  JORGE RODRIGUEZ
CASE NUMBER:  12CR74

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payment of $ _____ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

    Payments towards the restitution imposed by the Court shall be deducted from any funds earned while the
    defendant is serving his prison term.  If the total amount is not paid in full upon the defendant's release, the
    defendant shall continue to make monthly payments of at least $50.00 until the total amount is paid in full as a
    condition of his supervised release. Interest is waived on restitution amount, however, fees will be imposed on any
    late payments.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.